CINTAS CORPORATION, Plan Administrator for the Cintas Partners' Plan, Plaintiff–Appellee,

v.

Robert J. **ABEL**; David J. Abrahamsen; Nicholas Ackerman; Randall Adams; Jack Addison; Donald Adkins; Joseph W. Adolph; Bradley Agler; Jason Agostini; Vince Agozzino, Defendants–Appellants.

No. 07–16318.

United States Court of Appeals, Ninth Circuit.

Aug. 25, 2011.

Mark Coleman Dosker, Squire, Sanders & Dempsey L.L.P., San Francisco, CA, for Plaintiff–Appellee.

Lawrence Allen Abelson, Esquire, Epport, Richman & Robbins, LLP, Albert H. Meyerhoff, Jr., Esquire, Coughlin Stoia Geller Rudman & Robbins, LLP Los Angeles, CA, Nancy Juda, Esquire, Coughlin Stoia Geller Rudman & Robbins, LLP, Washington, DC, Michael Rubin, Altshuler Berzon LLP, San Francisco, CA, Theresa Mary Traber, Esquire, Traber & Voorhees, Pasadena, CA, for Defendants–Appellants.

Before: D.W. NELSON, REINHARDT, and BEA, Circuit Judges.

## ORDER

The parties' joint request that the above-captioned appellate proceedings be dismissed as moot is GRANTED.

This case is hereby DISMISSED. All parties shall bear their own attorneys fees and costs on appeal.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.